COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Roshunda Lago v. Harris County, Texas

Appellate case number:   01-17-00103-CV

Trial court case number:  1078421

Trial court:             County Civil Court at Law No. 3 of Harris County

On May 4, 2017, this Court issued an opinion dismissing appellant, Roshunda Lago's, appeal for nonpayment of appellate filing fees. Lago has filed a motion for rehearing and an affidavit of indigence.

Costs charged by the appellate court are governed by Rule 20.1. *See* TEX. R. APP. P. 20.1(a) (amended; effective September 1, 2016). Rule 20.1(c) requires a declarant, who did not file a Statement of Inability to Afford Payment of Court Costs in the trial court to file this Statement of Inability in the appellate court. *See* TEX. R. APP. P. 20.1(c). The Statement of Inability is a form that has been approved by the Supreme Court. *See* TEX. R. CIV. P. 20.1(c) (amended; effective September 1, 2016). The affidavit of indigence filed by Lago on May 25, 2017 does not comply with Rule 20.1(c).

Accordingly, if Lago wants us to consider her alleged inability to afford payment of appellate court costs, she must comply with Rule 20.1(c). *See* TEX. R. APP. P. 20.1(c). A form Statement of Inability is attached to this order. If Lago wants this Court to consider her Statement of Inability in deciding her motion for rehearing, she shall file her sworn Statement of Inability, complete with attached proof, as required by the form, **no later than June 10, 2017**.

It is so ORDERED.

Judge's signature: _/s/ Harvey Brown_
                   ☒ Acting individually     ☐ Acting for the Court

Date: June 1, 2017